IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BEVERLY E. KRUEGER,

    Plaintiff,

vs.                                           CASE NO.: 1:10-CV-128-SPM/GRJ

THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

    Defendant.

_____/

## ORDER DENYING MOTION TO STRIKE
## AND ALTERNATIVE MOTION FOR LEAVE TO FILE REPLY

Upon consideration, Plaintiff's Motion to Strike Defendant's Memorandum in Opposition to the Motion for Class Certification (doc. 39) is hereby **denied**. As Plaintiff concedes, the Defendant's responsive memorandum was itself within the prescribed page limit. Moreover, Plaintiff's alternative request to file a reply memorandum is likewise **denied**, as the Court determines that good cause, a prerequisite for the filing of reply memoranda pursuant to Northern District of Florida Local Rule 7.1(C)(2), is lacking for the following reasons:

(1)     The Court is fully capable of considering the Defendant's response in opposition and attached exhibits, along with the Plaintiff's Notice of Filing (doc. 41) on the Milwaukee decision regarding the challenged exhibit, without need for additional argument from Plaintiff;

(2)     Plaintiff had an opportunity to analyze and distinguish cases and review the record prior to filing its Motion for Class Certification, and merely

because Defendant has made arguments in opposition that are contrary to Plaintiff's arguments in support does not necessitate further briefing from Plaintiff.

DONE AND ORDERED this <u>thirteenth</u> day of July, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge
